# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Wildlife Research Center, Inc.,<br>           Plaintiff,<br>v.<br><br>Terry A. Harmston and<br>HME Products, LLC,<br>           Defendants. | **COURT MINUTES**<br>BEFORE: Susan Richard Nelson<br>U.S. Magistrate Judge |

| | |
|---|---|
| Case No: | CV-06-3745 MJD/SRN |
| Date: | April 13, 2007 |
| Court Reporter: | Shaddix |
| Tape Number: | 585 & 586 |
| Time Commenced: | 9:30 a.m. |
| Time Concluded: | 10:40 a.m. |
| Time in Court: | 1 Hour & 10 Minutes |

APPEARANCES:

   For Plaintiff:     Bartholomew B. Torvik, J. Thomas Vitt
   For Defendants:    James T. Nikolai, Peter G. Nikolai

   Interpreter / Language:         /

   IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.
**ORDER TO BE SUBMITTED BY:**         ☐ COURT         ☐ PLAINTIFF         ☐ DEFENDANT

**Defs' Motion to Dismiss or in Alternative For Summary Judgment [Doc. No. 4] is TAKEN UNDER ADVISEMENT.**

**Pl's Cross Motion for Summary Judgment [Doc. No. 19] is TAKEN UNDER ADVISEMENT.**

Motions taken under advisement as of:        4/13/07

☐ ORDER TO BE ISSUED       ☐ NO ORDER TO BE ISSUED       ☒ R&R TO BE ISSUED       ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court       ☐ Exhibits returned to counsel

                                                        s/ David S. Toepfer
                                                        Signature of Law Clerk